-UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHANO INTERNATIONAL, INC. d/b/a    :    Civil Action No. 05 CV 9351
ANDREW SCOTT BASICS,                          (KMK)
                                                           :
             Plaintiff,
                                                           :
       v.                                                               **COMPLAINT**
                                                           :
SINDRELLA DISTRIBUTORS, CORP.,     :
SINDRELLA DISTRIBUTORS, LLC,
HABIB HALABI, and XYZ CORP. 1-10,  :    **(JURY DEMANDED)**
                                                           :
                   Defendants.              :
-------------------------------------------------------------X


       Plaintiff Chano International, Inc. d/b/a Andrew Scott Basics by its attorneys, for

its Complaint against Defendants Sindrella Distributors, Corp., Sindrella Distributors,

LLC,  Habib Halabi and XYZ Corp. 1-10, alleges as follows:


       1.       This complaint alleges causes of action for willful copyright infringement

under the Copyright Laws of the United States, 17 U.S.C. §101 et seq. and unfair

competition under the Lanham Act, 15 U.S.C. §1051 et seq.

       2.       The Defendants herein are egregiously infringing Plaintiff's copyright and

trademark rights by marketing and selling the same product as Plaintiff with a

packaging design that is nearly identical to the original packaging design created and

sold by Plaintiff for many years.  As shown herein, since the Defendants apparently

forgot to remove Plaintiff's own "AS" stylized logo from a portion of their knockoff

packaging design, the Defendants intentional and illegal copying is blatant, obvious and

cannot be denied.


                                        **JURISDICTION**

       3.       This Court has subject matter jurisdiction in this action pursuant to 28

U.S.C. §§1331, and Venue is proper in this judicial district pursuant to 28 U.S.C. §§

1391(b)-(d) and 1400(a).

## PARTIES

4.      Plaintiff Chano International, Inc. d/b/a Andrew Scott Basics (hereinafter "Plaintiff" or "AS") is a corporation organized and existing under the laws of the State of New York.

5.      Plaintiff designs, manufactures and distributes apparel on a wholesale basis throughout the United States.   Plaintiff conducts a significant amount of its business in this judicial district.

6.      Upon information and belief, Defendants Sindrella Distributors, Corp. and Sindrella Distributors, LLC (hereinafter collectively "Sindrella"") are sister corporations. Both Sindrella entities are New York corporations involved in the importation and wholesale distribution of apparel.  Upon information and belief, Sindrella's products, including the crew neck t-shirts at issue herein, are sold in retail stores, some of which are located within this judicial district.

7.      Upon information and belief, Defendant Habib Halabi (hereinafter "Halabi") owns and controls Sindrella, and is a resident of the State of New York.

8.      Upon information and belief, Defendants XYZ Corp. 1-10 (hereinafter "XYZ Corp.'s") are business whose identities are presently unknown to Plaintiff. To the extent that the identities of XYZ Corp.'s become known to Plaintiff, the XYZ Corp's. will be joined, and the infringing activities in which they are engaged will be pleaded in an Amended Complaint.

## COUNT I
## (Copyright Infringement )

9.      This cause of action arises under the Copyright Laws of the United States, Title 17 United States Code Sec. 101 et seq.

10.     Plaintiff sells its apparel products in a package containing a distinctive design.  As depicted below, Plaintiff's packaging design contains an original layout, text, color schemes, logos, trademarks and  icons.





Front of Plaintiff's Packaging Design          Rear of Plaintiff's Packaging Design

11.     Upon information and belief, Defendants having full knowledge of the rights of Plaintiff in its packaging design, have willfully infringed Plaintiff's original design by manufacturing, displaying, vending, distributing, selling, promoting and/or advertising products including crew neck t-shirts in association with a packaging design containing substantial material that was exactly copied from Plaintiff's original packaging design. Defendants knock-off packaging design is depicted below:





Front of Knock-off Packaging Design         Rear of Knock-off Packaging Design

12.     Upon information and belief, Defendants are marketing and selling products, including crew neck t-shirts, with the above packaging to Plaintiff's current and prospective customers.  A larger photograph of Defendants' knock-off packaging is attached hereto a **Exhibit 1**.

PLAINTIFF'S PACKAGING DESIGNS

13.     Plaintiff's original packaging designs were created in 2001 and consist of material which is wholly original and is copyrightable subject matter under the Copyright Laws of the United States, 17 U.S.C. Sec. 101, et seq.  A larger photograph of one version of Plaintiff's original packaging design, depicted in paragraph 10 above, is attached hereto as **Exhibit 2**.

14.     Plaintiff has previously duly complied with the provisions of the Copyright Laws of the United States, and has secured rights and privileges in and to its packaging designs.  Plaintiff has duly requested and received from the Register of Copyrights, Certificates of Registration pertaining to said designs, namely Registrations Nos. VA 1-295-019 and VA 1-294-991.  In addition thereto, Plaintiff has currently applied for and expects to receive an additional Certificate of Registration for the version of Plaintiff's design that is attached as Exhibit 2.    A copy of Registration No. VA 1-295-091 and the deposited material for all of Plaintiff's Registrations and Applications are attached hereto as **Exhibit 3**.

15.     All use of Plaintiff's copyrighted packaging designs have been in conformity with the provisions of the Copyright Laws of the United States.

16.     All of the acts of the Defendants as set forth herein, were undertaken without the permission, license, or consent of Plaintiff, and are irreparably damaging.

17.     Upon information and belief, the activities of Defendants have diminished and will continue to diminish the inherent value and marketability of Plaintiff's products.

18.    Plaintiff has been damaged in an amount as yet unknown, but believed to be in excess of two hundred and fifty thousand ($250,000) dollars.

19.    Plaintiff has no adequate remedy at law.

## COUNT II
## (Contributory Infringement)

20.    This cause of action arises under the Copyright Laws of the United States, Title 17 United States Code.

21.    Plaintiff repeats and realleges the allegations of paragraphs 1 through 19 hereof as if fully set forth herein.

22.    Upon information and belief, Defendant Halabi knew that the activities of Sindrella as described herein constituted infringement of Plaintiff's copyright.

23.    Moreover, upon information and belief, Halabi directed, supervised and participated in Sindrella's infringement of Plaintiff's copyright.

24.    Upon information and belief, the infringement by Sindrella resulted in a financial benefit to Halabi.

25.    Upon information and belief, Halabi's participation in and contribution to Sindrella's infringement of Plaintiff's copyright has been willful.

26.    The acts of Halabi described herein were undertaken without the permission, license or consent of Plaintiff and were irreparably damaging to Plaintiff.

27.    Plaintiff has been damaged by these acts in an amount as yet unknown, but believed to be in excess of two hundred and fifty thousand ($250,000) dollars.

28.    Plaintiff has no adequate remedy at law.

## COUNT III
## (Unfair Competition)

29.    This Count arises under Section 43(a) of the Lanham Act of 1946, as

amended, 15 U.S.C. §1125(a).

30.    Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 29 of this Complaint as if fully set forth herein.

31.    For over twenty years, Plaintiff has been using the trademarks "ANDREW SCOTT" and a highly stylized version of the letters "AS," as depicted on the packaging for Plaintiff's products at issue herein.

32.    As a result of its continuous use and attendant promotion and marketing activities, Plaintiff's stylized "AS" trademark has acquired secondary meaning and special significance as indicating, identifying or denominating Plaintiff and its products.

33.    In slavishly copying Plaintiff's packaging, Defendants also copied Plaintiff's "AS" stylized trademark.  Indeed, as shown below, Defendants' knock-off packaging uses Plaintiff's identical "AS" trademark is the exact same manner as it appears in Plaintiff's original packaging.





Rear of Plaintiff's Packaging Design          Rear of Knock-off Packaging Design

34.   Defendants' use of Plaintiff's "AS" trademark has caused confusion and is likely to continue to cause confusion, or to cause mistake, or to deceive customers.

35.   As alleged herein, Defendants, having full knowledge of the rights of Plaintiff, have infringed Plaintiff's trademark rights by promoting, advertising and selling goods in association with Plaintiff's "AS" trademark.

36.   Defendants continuing use of Plaintiff's "AS" trademark has caused and is likely to continue to cause confusion, mistake and deception, and to lead consumers and potential consumers into believing that Defendants products are sold by, licensed by, sponsored by, related to, or otherwise associated with Plaintiff, when they are in fact not.

37.   Defendants activities constitute false designation of origin, and false descriptions and representations in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

38.   All of the acts of the Defendants as set forth in preceding paragraphs, were without permission, license or consent of Plaintiff, and are irreparably damaging to Plaintiff.

39.   Plaintiff has been damaged by the acts of Defendants as described herein in an amount as yet unknown, but believed to be in excess of two hundred and fifty thousand  ($250,000) dollars.

40.   Plaintiff has no adequate remedy at law.

WHEREFORE, Plaintiff demands:

A.   That Defendants, their agents, servants, related companies, and all

parties in privity with them, or any one of them, be enjoined preliminarily and permanently from infringing the copyrights and trademarks of Plaintiff either by selling, advertising, manufacturing, illustrating, publishing, displaying, vending, distributing, offering to sell, shipping, delivering, or promoting products using a packaging design that is substantially similar to Plaintiff's copyright packaging design and/or Plaintiff's "AS" trademark;

      B.    That the Defendants be required to pay the Plaintiff such damages as Plaintiff sustained as a consequence of Defendants' infringements and to account for all gains, profits and advantages derived by Defendants from said infringement, and that such award for damages be trebled due to willful and wanton nature thereof;

      C.    That the Defendants be responsible for enhanced statutory damages due to the willful nature of the infringement;

      D.    That the Defendants pay to Plaintiff its costs of this action and Plaintiff's reasonable attorneys' fees, as the Court may allow Plaintiff.

      E.    That Plaintiff be granted such other and further relief as the Court may deem just.

### JURY DEMAND

      Plaintiff demands a trial by jury.

**GOTTLIEB, RACKMAN & REISMAN, P.C.**
Attorneys for Plaintiff
270 Madison Avenue
New York, New York 10016-0601
(212) 684-3900

By:_____
      George Gottlieb (GG 5761)
      Richard Schurin (RS 0199)

Dated:  New York, New York
         October 31, 2005

-8-

Exhibit 1



**J.M.J.**
100% COTTON
(L)



J.M.J.

# B A S I C S

3 PACK

MEN'S CLASSIC

# CREW NECK T-SHIRT

## 3 PACK

100% COMBED COTTON

## QUALITY GUARANTEED

Your satisfaction is important to us. If you are not pleased with this product, return it to the address below along with original upc label and proof of purchase receipt. You will get a replacement.

Machine wash warm. Tumble dry medium. Sparingly use chlorine bleach when needed.

MADE IN CHINA R N 168687

# CREW NECK T-SHIRT

*Styling you Know. Smooth Cotton. Comfort You Expect.*

100% Combed Cotton for Natural Softness

Roomy Armholes

Preshrunk For Better Fit

Fully Cut for Comfort

Generous Length Stays Tucked In

**Double-Needle Stitching In Hem For Added Strength Prevents Curling**



### Try These Other jmj Styles



A-Shirt    Long Sleeve Crew    Long John Pant    Boxer Brief    Woven Boxer    Brief    Sport Brief



Exhibit 2



# ANDREW SCOTT®
## B A S I C S

# CREW NECK T-SHIRT

*Styling you Know.  Smooth Cotton.  Comfort You Expect.*

**100% QUALITY GUARANTEED**

Your satisfaction is important to us. If you are not pleased with this product, return it to the address below along with original upc label and proof of purchase receipt. You will get a replacement.

## QUALITY GARMENTS
## Since 1935



Machine wash warm. Tumble dry medium. Use only non-chlorine bleach when needed.

ANDREW SCOTT BASICS
45 West 36th Street - 4th Floor
New York, NY 10018
feedback@ascottbasics.com

Made in Israel  R.N. 61673



7  29487 00226  9

**100% Combed Cotton for Natural Softness**

Roomy Armho...

Preshrunk for Be...





### Try These Other Andrew Scott® Styles

A-Shirt   Long Sleeve Crew   Long John Pant   Boxer Brief   Woven Boxer   Brief   Sport Brief

| BOYS | XS | S | M | L | XL |
|---|---|---|---|---|---|
| SIZE/TALLA | 4-5 | 6-8 | 10-12 | 14-16 | 18-20 |
| HEIGHT/ALTURA | 39-41" | 42-50" | 51-58" | 59-64" | 65-69" |
| CHEST/PECHO | 18-22" | 23-26" | 27-30" | 31-34" | 35-37" |

$15.00     cotton     Style# 78373

Exhibit 3

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-295-019**

EFFECTIVE DATE OF REGISTRATION

Dec 29 2004
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**    CHANO 8.0-001

**1**  Title of This Work ▼

3 PACK-RIB ATHLETIC TANK

NATURE OF THIS WORK ▼ See instructions

PICTORIAL

Previous or Alternative Titles ▼

Publication as a Contribution: If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**  NAME OF AUTHOR ▼

**a**  CHANO INTERNATIONAL, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR {Citizen of _____
Domiciled in  U.S.A.

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship: Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☑ Text
☐ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR {Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship: Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3**  **a**  Year in Which Creation of This Work Was Completed
2001
This information must be given in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month  May    Day  31    Year  2001
Nation  U.S.A.

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CHANO INTERNATIONAL, INC.
NEW YORK, NEW YORK 10018    45 WEST 36TH STREET

APPLICATION RECEIVED
DEC 29 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 29 2004
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of  4  pages



**XXL**
**50-52**

3 Pack
Designer
**Rib**
**Athletic Tan**

100% Ringspun Combed C

**ANDREW SCOTT**®
B A S I C S

Made in Israel



**Copyright** | Search Records Results

Registered Works Database (Title Search)
**Search For:** 3 PACK-CREW NECK T-SHIRTS
**Item 1 of 1**

---

| | |
|---|---|
| 1. Registration Number: | VA-1-294-991 |
| Title: | 3 pack--crew neck T-shirts. |
| Description: | Art reproduction & photo. |
| Note: | Cataloged from appl. only. |
| | Includes text. |
| Claimant: | acChano International, Inc. |
| Created: | 2001 |
| Published: | 31May01 |
| Registered: | 29Dec04 |
| <u>Special Codes:</u> | 5/S |

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

VA                  VAU
**EFFECTIVE DATE OF REGISTRATION**

Month          Day          Year

CHANO 8.0-002

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**
3 PACK - CREW NECK T-SHIRTS

**NATURE OF THIS WORK ▼** See instructions
PICTORIAL

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼          Issue Date ▼          On Pages ▼

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**
CHANO INTERNATIONAL INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in   U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es).**See instructions**
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☑ 2-Dimensional artwork       ☑ Photograph       ☑ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es).**See instructions**
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**3**

**a** **Year in Which Creation of This Work Was Completed**
2001
This information must be given
Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month  May    Day  31    Year  2001
U.S.A.                                            Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
CHANO INTERNATIONAL INC.        45 WEST 36TH STREET
NEW YORK, NEW YORK 10018

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a.** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**b.** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a  See instructions before completing this space.
b

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

EZRA SUTTON, Esq.     PLAZA 9, 900 ROUTE 9
WOODBRIDGE, NEW JERSEY 07095

b

Area code and daytime telephone number  ( 732 ) 634-3520          Fax number  ( 732 ) 634-3511
Email  esutton@ezrasutton.com

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  CHANO INTERNATIONAL INC.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
EZRA SUTTON, Esq.                                          Date 11/15/04

Handwritten signature (X) ▼
X _____

---

Certificate will be mailed in window envelope to this address:

Name ▼
EZRA SUTTON, P.A.

Number/Street/Apt ▼
PLAZA 9, 900 ROUTE 9

City/State/ZIP ▼
WOODBRIDGE, NEW JERSEY 07095

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000.

---

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2003-496-605/60,029



# DESIGNER CREW NECK T-SHIRTS

## Smooth Cotton. Styling You Know. Comfort You Expect.

Preshrunk for Better Fit

Roomy Armholes

100% Ringspun Cotton for Natural Softness

Durable-Needle Stitching In Hem Prevents Curling

Flat Seamed Taping In Collar And Shoulders for Superior Comfort

Cotton Lycra Trim for Comfort — Retains Fresh Look

Full Cut for Comfort

Generous Length Stays Tucked In

Suggested Retail $20.00

Style# 77373

| S | M | L | XL | XXL |
|---|---|---|---|---|
| 34-36 | 38-40 | 42-44 | 46-48 | 50-52 |

Try These Other Andrew Scott® Styles

A-Shirt  Muscle T-Shirt  Long Sleeve Crew  Long John Pant  Boxer Brief  Woven Boxer  Brief  Sport Brief

LYCRA® is a DuPont registered trademark for its brand of spandex fiber. Only DuPont makes LYCRA®.

# ANDREW SCOTT®
## B A S I C S

Your satisfaction is important to us. If you are not pleased with this product, return it to the address below along with original upc label and proof of purchase receipt. You will get a replacement.

## QUALITY GARMENTS
### Since 1935

Machine wash warm. Tumble dry medium. Use only non-chlorine bleach when needed.

© ANDREW SCOTT BASICS
Division of Chano International
45 West 36th Street - 4th Floor
New York, NY 10018
Made in Israel  R.N. 61673
Questions and Comments:
FEEDBACK@ASCOTTBASICS.COM
Visit Us: WWW.ASCOTTBASICS.COM
Printed In U.S.A.

7  29487 00077  7

# FORM VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



| | VA | | VAU |
|---|---|---|---|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

**14944137.**

14944137.

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

3 PACK-CREW

**NATURE OF THIS WORK ▼** See Instructions

Pictorial Packaging

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** | **Number ▼** | **Issue Date ▼** | **On Pages ▼**

---

**2**

**NAME OF AUTHOR ▼**

CHANO INTERNATIONAL INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in   U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture       ☐ Map              ☐ Technical drawing
☑ 2-Dimensional artwork        ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

> Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture       ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

---

**3**

**Year in Which Creation of This Work Was Completed**
This information must be given in all cases.
_____ Year

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
_____ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CHANO INTERNATIONAL INC.
45 West 36th Street, New York, NY  10018

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
SEP 2 1 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 2 1 2005
FUNDS RECEIVED

> See instructions before completing this space.

---

**MORE ON BACK ▶** · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.    · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

# ANDREW SCOTT

## B A S I C S



**M**
10-12

3 PACK

**BOYS
CLASSIC**

## CREW NECK T-SHIRT

### 3 PACK

100% COMBED COTTON





# ANDREW SCOTT
### B A S I C S

# CREW NECK T-SHIRT

*Styling you Know.  Smooth Cotton.  Comfort You Expect.*

## QUALITY GUARANTEED

Your satisfaction is important to us. If you are not pleased with this product, return it to the address below along with original upc label and proof of purchase receipt. You will get a replacement.

## QUALITY GARMENTS
### Since 1935

Machine wash warm. Tumble dry medium. Use only non-chlorine bleach when needed.

ANDREW SCOTT BASICS
45 West 36th Street - 4th Floor
New York, NY 10018
feedback@ascottbasics.com

Made in Israel R.N. 61673



7  29487 00226  9

100%
Combed Cotton
for Natural Softness

Roomy
Armhole



### Try These Other Andrew Scott® Styles



| A-Shirt | Long Sleeve Crew | Long John Pant | Boxer Brief | Woven Boxer | Brief | Sport Brief |

| BOYS | XS | S | M | L | XL |
|---|---|---|---|---|---|
| SIZE/TALLA | 4-5 | 6-8 | 10-12 | 14-16 | 18-20 |
| HEIGHT/ALTURA | 39-41" | 42-50" | 51-58" | 59-64" | 65-69" |
| CHEST/PECHO | 18-22" | 23-26" | 27-30" | 31-34" | 35-37" |

$15.00


cotton

Style# 78373

