**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHANO INTERNATIONAL, INC. d.b/a ANDREW SCOTT BASICS,<br><br>*Plaintiff,*<br><br>v.<br><br>SINDRELLA DISTRIBUTORS, CORP, SINDRELLA DISTRIBUTORS, LLC, HABIB HALABI, and XYZ CORP. 1-10<br><br>*Defendants.* | Civil Action No. 05 Civ. 9351 (KMK) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff hereby dismisses without prejudice the above captioned action as against all Defendants.

/s/ Richard S. Schurin

Richard S. Schurin (RS0199)
GOTTLIEB, RACKMAN & REISMAN, P.C.
Attorneys for Plaintiff
270 Madison Avenue
New York, N.Y. 10016
(212) 684-3900

DATED:   December 1, 2005